UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. District Court
Wisconsin Eastern
JUL 2 0 2023
FILED
Clerk of Court

Donna Rae Matthews , Petitioner,
Full Name (under which you were convicted)

672018
Prisoner Number

Taycheedah Correctional Institution
Place of Confinement

vs.

State of Wisconsin , Respondent.
Authorized Person Having Custody of Petitioner

23-C-0971

Docket No. _____
(to be supplied by Clerk)

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

Caution: THIS IS NOT THE FORM TO BE USED, IF YOU CLAIM THAT YOUR FEDERAL SENTENCE OR CONVICTION IS UNLAWFUL, OR IF YOU ARE A PRETRIAL DETAINEE CHALLENGING YOUR PRECONVICTION CUSTODY, A FEDERAL PRISONER CHALLENGING THE EXECUTION OF YOUR SENTENCE OR AN ACTION TAKEN BY THE BUREAU OF PRISONS, OR A PERSON IN CUSTODY CHALLENGING AN IMMIGRATION-RELATED ORDER.

I. SUBJECT OF THIS PETITION

   A. Name and location of the state court that entered the judgment of conviction which you are challenging

   Kenosha County Court House Branch 7
   912 56th Street
   Kenosha, WI. 53140

   B. Criminal docket or case number   16 CF 867

   C. Date of the judgment of conviction   July 10, 2018

   D. Date of sentencing   August 31, 2018

   E. Length of sentence   Life Without Parole

   F. In this case, were you convicted on more than one count or of more than one crime?

   ☐ Yes   ☒ No

   G. Identify all crimes of which you were convicted and sentenced in this case

   First Degree Intentional Homicide

   H. What was your plea? (Check one)

   ☒ Not guilty   ☐ Guilty   ☐ Insanity plea   ☐ Nolo contendere (no contest)

   If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

   N/A

   I. If you went to trial, what kind of trial did you have? (Check one)

   ☒ Jury   ☐ Judge only

## SUBJECT OF THIS PETITION - continued

J. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes ☐ No

If yes, state the type(s) of hearing or proceeding

Eleven Days, Jury Trial

## II. DIRECT STATE APPEAL OF CONVICTION

A. Did you appeal from the judgment of conviction?

☑ Yes ☐ No

If yes, attach the decision(s) that resolved your appeal and answer the following questions:

1. Date of filing appeal November 5th, 2022
2. Grounds raised Prejudice, Ineffective Councel, Battered Women Syndrome never heard, Reasonable doubt jury instruction, Revenge Porn, Right to confront, discretionary review.
3. Result Denied
4. Date Feb. 3, 2022, ___ Feb. 3rd

B. Did you seek further review by the highest state court?

☑ Yes ☐ No

If yes, attach the decision(s) that resolved your petition for review and answer the following questions:

1. Date of filing of petition for review Oct. 26th 2022
2. Grounds raised Right to Confrontation, Revenge Porn, Trial Counsels Stipulation to withhold expert testimony, BWS Self defense Self-defense was not tried, Uneducated Jury
3. Result Court denied
4. Date Jan 18th, 2023

## DIRECT STATE APPEAL OF CONVICTION - continued

C. Did you file a petition for certiorari in the United States Supreme Court?

☐ Yes  ☑ No

If yes, attach the decision(s) that resolved your petition for certiorari and answer the following questions:

1. Date of filing petition for certiorari __N/A__
2. Grounds raised __N/A__



3. Result __N/A__
4. Date __N/A__

III. **STATE POST-CONVICTION RELIEF OTHER THAN DIRECT APPEAL**

A. Other than the appeals listed above in Section II, have you previously filed any other state petitions, applications, or motions concerning this state judgment of conviction?

☑ Yes  ☐ No

If yes, attach the decision(s) that resolved your application for state post-conviction relief and answer the following questions:

1. Name of court __Kenosha County Courthouse branch 7__
2. Docket or case number __2021 AP 000607__
3. Date of filing __March 29, 2021__
4. Type of petition, application, or motion filed __Post Conviction Motion__
5. Grounds raised __Ineffective trial Counsel's, Battered Women Syndrome never fully tried and Prejudice.__



6. Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☑ No

7. Result __Denied by Judge Jodi Meier__

STATE POST-CONVICTION RELIEF OTHER THAN DIRECT APPEAL- continued

8. Date __May 3, 2021__

9. Did you appeal to the highest state court having jurisdiction over the action taken on your first state petition, application, or motion?

   ☑ Yes   ☐ No

B. If you filed a second petition, application, or motion, attach the decision and answer the following questions:

   1. Name of court __Supreme Court of Wisconsin__
   2. Docket or case number __2021AP607-CR__
   3. Date of filing __Feb 28th, 2023__
   4. Type of petition, application, or motion filed __review__
   5. Grounds raised __Denied a fair trial, ineffective Counsel, Suppressed Crucial Evidence.__

   6. Did you receive a hearing where evidence was given on your petition, application, or motion?

      ☐ Yes   ☑ No

   7. Result __Denied - COA responded Supreme Court this case has been Closed__
   8. Date __March 13th, 2023__

   9. Did you appeal to the highest state court having jurisdiction over the action taken on your second state petition, application, or motion?

      ☐ Yes   ☑ No

      __N/A__

C. If you filed a third petition, application, or motion, attach the decision and answer the following questions:

   1. Name of court __N/A  Court of Appeals "Pro Se"__
   2. Docket or case number __N/A  2021AP607-CR__
   3. Date of filing __N/A  Sent out June 2023__

STATE POST-CONVICTION RELIEF OTHER THAN DIRECT APPEAL- continued

4. Type of petition, application or motion filed  N/A Petition Court of Appeals

5. Grounds raised  N/A Knights Petition - ineffective Appellate Counsel. Provis had deleted 3 full days off my trial transcript. I begged this man for five yrs. to return my file.

6. Did you receive a hearing where evidence was given on your petition, application, or motion?

   ☐ Yes ☒ No

7. Result  N/A Denied, COA said this case has been closed.

8. Date  N/A July 2023

9. Did you appeal to the highest state court having jurisdiction over the action taken on your third state petition, application, or motion?

   ☐ Yes ☒ No

## IV. GROUNDS FOR RELIEF

For this petition, state every ground supporting your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. <u>If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

CAUTION: <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court.</u>

Ground One  The Character of the Victim, Michael Gayan. For thirty, 30 years Gayan had restraining Orders against him. Sexual blackmail, Stalking, Obsessive Sexual exploitation.

Supporting FACTS (Briefly summarize the facts without citing cases or law.)

Gayan had spent his last thirty some years, terrorizing, threatening, mentally abusing, humiliating, Stalking, obsessive Controlling behavior to the four Women on his son Cole that he loved the most. That is the fact.

## GROUNDS FOR RELIEF - continued

I've enclosed statements from his only son Cole Gayan, Cole's mother Jamie Holmes, college girlfriend Sue Birmingham and a police call and Gayan's therapist Dr. Patel. The Dr.'s report read Gayan has a depression disorder, narcissitic tendiencys, Homicidal thinking, and Mr. Gayan should be committed.
I did or said anything & everything Gayan wanted and what he liked for years because I loved him & feared him.

**If you did not exhaust your state remedies on Ground One, explain why.**

None of this was allowed to be mentioned or heard by the Jury. Kenosha's court officials made sure it wasn't. My defense did nothing.

**Ground Two** Deprivation of Rights by Judge Meier and prosecutor Gabrielle. Due Process, My rights to be heard in a meaningful way, Rights to have evidence shown.

**Supporting FACTS** (Briefly summarize the facts without citing cases or law.)

The court continuously blocked crucial evidence being electronic material and testimonial. Every witness for the defense was told what they can and cannot say. The court denied a proper defense by allowing to show any evidence favorable to the defense. Defense team requested several pieces of material evidence be shown to the Jury. The court officials denied all of it. Forced to testify, but not allowed to speak or have my story heard. Nothing Allowed.

## GROUNDS FOR RELIEF - continued

Six tubs of material evidence 3 terabytes of electronic evidence - gone, disappeared, destroyed. Repeatedly requested, repeatedly denied.

**If you did not exhaust your state remedies on Ground Two, explain why.**

Seems my attorneys were fearful of the states Judge and prosector. I was guilty more than a yr. before trial began. Offered two pleas, my attorneys said I should take it due to the DA's (slam-dunk comments.

**Ground Three** Judicial bias, Personal feeling by State. Prosecutor Gabrielle's mind was my case was a slam-dunk.

**Supporting FACTS** (Briefly summarize the facts without citing cases or law.)

The first and most important action was a direct order that my brother Derrick Matthews cannot have contact with me for fifteen yrs. No one in my family has lived past 75 yrs. My oldest brother David Matthews passed away at Sixty-one. There is a definite possibly I will die before I can call my brother. The women of the Court knew that would destroy me. A proper defense was not allowed. All defense witnesses were tampered with. One yr prior to trial a motion to reduce my bond from a million dollars so I may attend classes at the detention center. Judge responds, I would have made your bond two million and you'll get all the program once you get to prison. Played games & laughter w/ jury

**If you did not exhaust your state remedies on Ground Three, explain why.**

Because I was clueless and simple minded as to the abuse of power and personal attack from a judge. This was a case of sheer retaliation. Nothing more, nothing less. Judge told jury prior to trial that Donna Matthews

## GROUNDS FOR RELIEF - continued

Ground Four: Defamation by Court officials. Having the entire eleven day trial allowing the prosecution to drill five times into the Jurys heads, I'm a liar, etc.

Supporting FACTS (Briefly summarize the facts without citing cases or law.)

To name a few of the untruths told by state, the biggest and most repeated was I shot Mr. Gayan because of unflattering photos, because Gayan was "bothersome" and the sounds of fireworks would silence the shots fired. And I lied to my expert about being physically abused by Gayan and finally that I requested that my friend send me a book on "Battered Woman Syndrome defense. All absolutely untrue, which could have been easily proven if I was given the chance to have the facts heard. The book was received without a senders name, I asked my then public defenders if they sent it, responded no and I should give it to them. The woman who sent it testified but no one asked her about the book. Fact I would have died on July 5th 2016

If you did not exhaust your state remedies on Ground Four, explain why.

I had no one to argue my defense. Again witnesses came to testify, but ordered what to say. Jamie Holmes, Mr Gayens ex, my 3 days trying to testify, nothing of importance was allowed. So much more, hence the disappearence of evidence.

## V. PRIOR FEDERAL CHALLENGES

A. Have you previously filed any type of petition, application, or motion in a federal court regarding the state conviction that you are challenging in this petition?

☐ Yes   ☑ No

If yes, attach the decision(s) that resolved your prior federal court challenge and answer the following questions:

1. Name of court  N/A

PRIOR FEDERAL CHALLENGES - continued

2. Docket or case number  N|A
3. Date of filing  N|A
4. Type of petition, application, or motion filed  N|A
5. Grounds raised  N|A

6. Did you receive a hearing where evidence was given on your petition, application, or motion?

   ☐ Yes  ☐ No

7. Result  N|A
8. Date  N|A

9. Did you appeal the action taken on your first federal petition, application, or motion to a federal court of appeals?

   ☐ Yes  ☐ No

   If yes, attach the decision(s) that resolved your appeal and answer the following questions:

   a. Name of court  N|A
   b. Docket or case number  N|A
   c. Date of filing  N|A
   d. Type of petition, application, or motion filed  N|A
   e. Grounds raised  N|A

PRIOR FEDERAL CHALLENGES - continued

    f. Result  N/A

    g. Date  N/A

B. Did you file a petition for certiorari in the United States Supreme Court?

☐ Yes    ☑ No

If yes, attach the decision(s) that resolved your petition for certiorari and answer the following questions:

1. Date of filing petition for certiorari  N/A

2. Grounds raised  N/A

3. Result  N/A

4. Date  N/A

## VI. REPRESENTATION

A. Give the name and address of each attorney who represented you in the following:

1. At preliminary hearing  Jeffrey Urdangen, North Western School of Law, 375 E. Chicago IL. 60611 &

2. At arraignment and plea hearing  Patrick Cafferty, 840 Lake Ave, Ste 300, Racine, WI. 53403

3. At trial  Same As Above

4. At sentencing  Same As Above.

5. On direct appeal  Timothy A Provis 123 E. Beutel Rd. Port Washington, WI. 53074

REPRESENTATION - continued

6. In any state post-conviction proceeding  Timothy Provis

7. On appeal from any ruling against you in a state post-conviction proceeding
Timothy Provis

VII. REQUEST FOR RELIEF

State exactly what you want the court to do for you.

I'm asking the court to consider why @ the time of the Shooting a 50 yr old women with a good life, hard working, Law abiding, Prior military, loving family, tax paying Citizen. Who contacted everyone possible to help me make Mr. Gayan just stop. All evidence is there only not allowed for anyone to view. I'm asking to go home.

VIII. DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, hereby declare under penalty of perjury that the foregoing information is true and correct.

Signed this July day of Monday 15th , 2023.

Dounee R. Matthews
Signature of Petitioner

N/A
(Signature of lawyer, if any)

If you are signing the petition and are not the petitioner, state your relationship to the petitioner and explain why the petitioner is not signing this petition.

N/A

## IX. CERTIFICATE OF INMATE MAILING - Optional

If you deposit your petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in your prison/institutional/jail mailing system and attach first-class postage pre-paid, and complete and sign this statement, you will establish the filing date as the date of deposit in that mailing system.

I, the undersigned, hereby declare under penalty of perjury that I placed this petition for a writ of habeas corpus under 28 U.S.C. § 2254 in the prison/institutional/jail mailing system with prepaid, first-class postage on __July 17th 2023__.
(month, day, year)

Signed this __July__ day of __Monday 17th__, 20__23__.

__Donnver R. Matthews__
Signature of Petitioner